**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Edward W. Nottingham**

Civil Action No. 99-cv-01259-EWN-MJW

UNITED STATES OF AMERICA, *ex rel.*
TERESA JIMENEZ and
WILLIAM FREEMAN,

      Plaintiffs,

v.

HEALTH NET, INC., et al.,

      Defendants.

---

**ORDER**

---

      THE COURT having reviewed Defendants' Motion for Attorneys' Fees and Costs, and being fully advised in the premises therein,

      HEREBY GRANTS SAID MOTION.  Judgment shall reflect the award of attorneys' fees and costs in the amount of $2,537,881.89 to be paid to Defendants.

      Dated this 30th day of January, 2006.

                                BY THE COURT:

                                s/ Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge